**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Raul DELTORO, a.k.a. Mark, Defendant–Appellant.**

No. 13–13891

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

July 24, 2015.

Kathleen Mary Salyer, Wifredo A. Ferrer, Susan R. Osborne, U.S. Attorney's Office, Miami, FL, Mark Lester, U.S. Attorney's Office, West Palm Beach, FL, for Plaintiff–Appellee.

Steven Hunter Kassner, I, Law Office of Steven H. Kassner, Coral Gables, FL, for Defendant–Appellant.

Before TJOFLAT, MARTIN and ANDERSON, Circuit Judges.

PER CURIAM:

Richard F. Della Fera, appointed counsel for Raul Deltoro in this direct criminal appeal has filed a motion to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Deltoro's convictions and sentences are **AFFIRMED.**